IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WOODSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:04-cv-324-WKW |
| | )   (WO) |
| GRANT CULLIVER, | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

On April 17, 2006, the Magistrate Judge filed a Recommendation (Doc. # 11) that the Petition for Writ of Habeas Corpus (Doc. # 1), which was filed on April 6, 2004, is due to be denied and this case dismissed. The petition is barred by the one year statute of limitations pursuant to 28 U.S.C. § 2244(d). Based on the petitioner's allegations, the time allowed for the petitioner to file a habeas corpus petition expired on May 23, 2003.

Petitioner timely filed an Objection (Doc. # 12); however, he has not demonstrated "extraordinary circumstances" that would warrant a tolling of the limitation period. That the petitioner's trial attorney failed to call a crucial witness because of the attorney's fear of the witness is the gist of the petition, but this fact does not explain why the petition was not filed within the one year time period. It is not an "extraordinary circumstance[ ]that [is] both beyond his control and unavoidable even with diligence." *Drew v. Dept. of Corrections*, 297 F.3d 1278, 1286 (11th Cir. 2002) (citing *Sandvik v. United States*, 177 F.3d 1269, 1271 (11th Cir. 1999)). The petitioner has failed to carry his burden of showing that equitable tolling is warranted. *See Drew*, 297 F.3d at 1286-87.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and

DECREE of the Court that:

1. The Objection (Doc. # 12) is OVERRULED.

2. The Recommendation (Doc. # 11) of the Magistrate Judge is ADOPTED.

3. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED.

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of May, 2006.

                                        /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE