IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES WOODSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-324-WKW |
| | ) | (WO) |
| GRANT CULLIVER, | ) | |
| | ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the Respondent and against the Petitioner;

2. Costs are taxed against the petitioner, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 9th of May, 2006.

        /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE